## BAIRD *v.* WOOD & HOBBS *et al.*

LUMPKIN, J. Under the evidence, there was no abuse of discretion in refusing an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*
MAY 15, 1912.

Petition for injunction. Before Judge Parker. Ware superior court. January 20, 1912.

*J. L. Sweat,* for plaintiff. *H. W. Wilson,* for defendants.